Brian H. Kim  (State Bar No. 215492)
James P. Keenley (State Bar No. 253106)
BOLT KEENLEY KIM LLP
1010 Grayson Street, Suite Three
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA PHAN, | Case No.: 3:15-cv-5644 JST |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

   PLEASE TAKE NOTICE that the parties in the above-referenced case have reached a settlement in principle.  The parties are currently working out a written settlement agreement and the delivery of the settlement payment and Plaintiff expects to file a stipulated dismissal with prejudice on or before 30 days from the date of this notice.  Plaintiff therefore requests that all case-related deadlines be continued for 30 days.

Dated:  April 7, 2017

                                        BOLT KEENLEY KIM LLP

                                        By: /s/ Brian H. Kim
                                            Brian H. Kim
                                            Attorneys for Plaintiff

Case No.: 3:15-cv-5644 JST                    1                    NOTICE OF SETTLEMENT