Anna Martin (Bar No. 154279)
amartin@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF
AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA PHAN,<br><br>            Plaintiff,<br><br>     vs.<br><br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA,<br><br>            Defendant. | Case No. 5:15-cv-05644-JST<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF UNUM LIFE INSURANCE COMPANY OF AMERICA AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and through Plaintiff TINA PHAN, and Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, by and through their counsel of record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit.

Counsel for the filing party hereby attests that concurrence in filing of this document has been obtained by the other signatory to this document. The conformed signature herein shall serve in lieu of their original signatures on this document. Upon order of the Court, this filing party shall produce records which support the concurrence of all signatories to this document.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

156713.1

1

Case No. 5:15-cv-05644-JST
STIPULATION OF DISMISSAL WITH PREJUDICE OF
UNUM LIFE INSURANCE COMPANY OF AMERICA AND
ORDER THEREON

SO STIPULATED.

Respectfully submitted,

Dated: May 24, 2017

MESERVE, MUMPER & HUGHES,LLP

By: /s/ Anna M. Martin
       ANNA M. MARTIN
       Attorneys for Defendant
       UNUM          LIFE          INSURANCE
       COMPANY OF AMERICA

BOLT KEENLEY KIM LLP

Dated: May 24, 2017

By: /s/ Brian H. Kim
       BRIAN H. KIM
       Attorneys for Plaintiff
       TINA PHAN

IT IS SO ORDERED:

Dated: ___May 30, 2017___

_____
The Honorable Jon S. Tigar
United States District Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

156713.1

2

Case No. 5:15-cv-05644-JST
STIPULATION OF DISMISSAL WITH PREJUDICE OF
UNUM LIFE INSURANCE COMPANY OF AMERICA AND
ORDER THEREON